MOATE *et al. v.* GEORGIA RAILROAD AND BANKING COMPANY *et al.*

PER CURIAM. The evidence was sufficient to support the verdict for the defendant; and there was no error in the charge to the jury, or in the rulings on the admissibility of evidence, as complained of in the motion for new trial, sufficient to require a reversal.

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*
　　　　　No. 225.　　FEBRUARY 25, 1918.

Complaint for land. Before Judge Park. Hancock superior court. February 17, 1917.

*Samuel H. Sibley,* for plaintiffs.

*R.L. Merritt* and *Burwell & Fleming,* for defendants.